# The West Publishing Co. v. Thompson.

Appeal from Henry Circuit Court.

Tried before Hon. J. M. Carmichael.

P. A. McDaniel, for appellant.

W. W. Sanders, contra.

This was an action of detinue, brought by the appellant against the appellee. There was judgment for the defendant from which plaintiff appealed. Reversed and remanded.

Opinion by McClellan, J.